IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


VINCENT F. RIVERA,
  Plaintiff,

vs.              Case No. 3:07cv418/RV/EMT

SANTA ROSA CORRECTIONAL
INSTITUTION, et al.,
  Defendants.
_____/

## ORDER

  Plaintiff has been barred from filing any additional lawsuits in this district until he has paid his judicial debt in full.  *See* Rivera v. Pfizer, Inc., Case No. 4:05cv34/WS/WCS (Docs. 41, 42 N.D. Fla. Jan. 30, 2006).  Therefore, the clerk of court shall be ordered to return the papers filed in this action to Plaintiff with copies of the orders barring him from filing in this district and administratively close this case.  Furthermore, all pending motions in this case shall be denied.  The clerk of court shall also note that any additional papers filed in the future by this Plaintiff are to be returned to him without necessity of a court order unless and until he shows that he has paid his judicial debt in full as previously ordered.

  Accordingly, it is **ORDERED**:

  1. The clerk of court shall return the papers filed in this action with copies of the orders (Rivera, Case No. 4:05cv34/WS/WCS (Docs. 41, 42)) barring Plaintiff from filing in this district.

  2. All pending motions in this case are **DENIED**.

  3. The clerk of court shall administratively close this case.

  4. The clerk shall also return in the future any additional papers filed by this Plaintiff without necessity of a court order unless and until Plaintiff shows that he has paid his judicial debt in full.

**DONE AND ORDERED** this 11th day of October 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**